CLEMENTS, Appellant, v. CLEMENTS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Jane A. Clements against James A. Clements, Jr. No opinion. Judgment affirmed, with costs.

CLOUD et al., Respondents, v. HARTFORD FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Charles E. Cloud and Cornelia J. Carll against the Hartford Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

COLLINS, Appellant, v. MIRICK, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by Thaddeus W. Collins, as administrator, etc., against William P. Mirick. No opinion. Order affirmed, with $10 costs and disbursements.

COMMINS, Appellant, v. PERRY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by Margaret A. Commins against John W. Perry.

PER CURIAM. Judgment of county court modified by striking therefrom the provision: "And the plaintiff's complaint dismissed upon the merits"—and, as so modified, affirmed, without costs of this appeal to either party. See 90 N. Y. Supp. 92.

SPRING and WILLIAMS, JJ., dissent.

CONDICT, Appellant, v. LONG BEACH LAND CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Silas Alden Condict against the Long Beach Land Company. No opinion. Appeal dismissed by default, with costs.

In re CONLON. · (Supreme Court, Appellate Division, First Department. December 23, 1904.) In the matter of Martin Conlon. No opinion. Motion granted.

CONNELLY, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Douglas L. Connelly, as administrator, against the Union Railway Company of New York. B. H. Ames, for appellant. A. I. Elkus, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM and McLAUGHLIN, JJ., dissent.

(100 App. Div. 516)

In re COOKSEY. (Supreme Court, Appellate Division, First Department. January 6, 1905.) In the matter of Luida D. Cooksey, deceased. H. E. Deming, for appellant. G. M. Judd, for respondent.

PER CURIAM. Order affirmed, with costs, on the authority of Matter of Vanderbilt's Estate, 50 App. Div. 246, 63 N. Y. Supp. 1079, affirmed 163 N. Y. 597, 57 N. E. 1127.

CORRAO, Appellant, v. CHIRICO, Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Francis L. Corrao against Pietro Chirico. No opinion. Judgment of the Municipal Court affirmed, with costs.

CORTELYOU, Respondent, v. PRATHER, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Isaac Cortelyou, agent for Joannah Bergen, against William C. Prather. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

COSTELLO, Appellant, v. COBRE GRANDE COPPER CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by John H. Costello against the Cobre Grande Copper Company and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not sitting.

CRAWFORD, Respondent, v. TRUSTS & GUARANTEE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by George Crawford against the Trusts & Guarantee Company.

PER CURIAM. Motion to amend order of affirmance, by inserting a statement of the grounds upon which the justices who dissented from such affirmance based their votes, etc., denied, with $10 costs.

CREAMER v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Joseph M. Creamer against the Metropolitan Street Railway Company. No opinion. Motion denied on payment of $10 costs.

CRIPPS v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by William T. Cripps against the city of Buffalo. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for the defendant on the nonsuit, with costs to the defendant.